No. 1508.  WILLIAMS ET AL. *v.* SEEGERS ET AL.  Sup. Ct. La.  Certiorari denied.

No. 1626.  DONAHEY, TREASURER OF OHIO, ET AL. *v.* PROTESTANTS AND OTHER AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE ET AL.  C. A. 6th Cir. Certiorari denied.

No. 5017.  BELL *v.* PATTERSON, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 5099.  WILLIAMS *v.* TENNESSEE; and
No. 5100.  BENTON *v.* TENNESSEE.  Sup. Ct. Tenn. Certiorari denied.  Reported below: 222 Tenn. 672, 440 S. W. 2d 1.

No. 1257.  SAVILLE ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 6658.  MARTIN *v.* MARYLAND.  Ct. Sp. App. Md. Certiorari denied.  MR. JUSTICE BLACK is of the opinion that certiorari should be granted.

JUNE 30, 1971

No. 1596.  SANDERS, SECRETARY OF THE BOARD OF EDUCATION OF CONNECTICUT, ET AL. *v.* JOHNSON ET AL.; and
No. 1624.  BUCKLEY ET AL. *v.* JOHNSON ET AL.  Affirmed on appeal from D. C. Conn.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of these cases.  Reported below: 319 F. Supp. 421.